DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.:       (212) 637-2717
john.gura@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :

        Judgment Creditor,   :   STIPULATION AND ORDER
                                          OF GARNISHMENT
        -v-                   :
                              17 CR 0457-01 (PGG)
HARRY ADAMS,                      :

        Judgment Debtor,     :

        and                   :

HELP SOCIAL SERVICE,              :

        Garnishee.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, on February 26, 2018, the United States of America, judgment creditor, obtained a judgment against the judgment debtor, Harry Adams, in the amount $246,815.35, and

WHEREAS, the balance of the judgment as of July 11, 2022, is $243,955.77; and

WHEREAS, the parties wish to enter into an agreement regarding payment of the judgment,

NOW, on the signed consent of the United States and the judgment debtor,

IT IS HEREBY STIPULATED AND AGREED that Help Social Service (the "Garnishee") shall pay the Government $50.00 per pay period, and continue such payments until the debt to the Government is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant or until further order of this Court. Payment must be made payable to "Clerk of Court-SDNY," and mailed to the United States District Court, 500 Pearl Street, Room 120, New York, New York 10007, Attn: Cashier.

Dated: New York, New York

      July 28, 2022

AGREED AND CONSENTED TO:

    DAMIAN WILLIAMS
United States Attorney

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.:        (212) 637-2717

_____
HARRY ADAMS
Defendant, pro se

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: July 29, 2022